JOHN GEELAN, Respondent, *v.* SOUTHERN BOULEVARD RAILROAD COMPANY OF NEW YORK CITY, Defendant, and HENRY D. BAHR, Appellant.

*Geelan* v. *Southern Boulevard R. R. Co. of N. Y.,* 168 App. Div. 898, affirmed.

(Argued November 16, 1917; decided December 4, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1915, affirming a judgment in favor of plaintiff against the defendant, appellant, only, entered upon a verdict. The action was brought against both defendants to recover damages for the loss of plaintiff's hand, which was injured while he was a passenger on defendant railroad company's car, in a collision between it and defendant Bahr's truck in the borough of The Bronx, New York city. Defendant, appellant, contended that the immediate and proximate cause of plaintiff's injury was the shying of a frightened horse which caused the truck to veer into the car, for which he could not be held responsible.

*Stephen P. Anderton* and *Alfred W. Meldon* for appellant.
*Louis Steckler* and *Isidor Frey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, CAR-
DOZO, CRANE and ANDREWS, JJ. Not sitting:
MCLAUGHLIN, J.